## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND, LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, THE CHICAGO LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND and JAMES S. JORGENSEN, not individually, but as Administrator of the Funds, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | Case No.: 16 C 9253 |
| v. | ) ) | |
| MIDWEST REM ENTERPRISES, INC., an Illinois corporation, | ) ) ) | Judge |
| Defendant. | ) | |

## COMPLAINT

Plaintiffs, Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, the Chicago Laborers' District Council Retiree Health and Welfare Fund, and James S. Jorgensen, not individually, but as Administrator of the Funds (hereinafter collectively the "Funds"), by their attorneys, Patrick T. Wallace, Jerrod Olszewski, Amy N. Carollo, Katherine Mosenson, and Kelly M. Carson, for their Complaint against Defendant Midwest REM Enterprises, Inc., an Illinois corporation, state:

## COUNT I

**(Failure to Pay Employee Benefit Contributions as Revealed by an Audit)**

1.     Jurisdiction is based on Sections 502(e)(1) and (2) and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§1132 (e)(1) and (2) and 1145, Section 301(a) of the Labor Management Relations Act ("LMRA") of 1947 as amended, 29 U.S.C. §185(a), 28 U.S.C. §1331, and federal common law.

2.     Venue is proper pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), and 28 U.S.C. §1391 (a) and (b).

3.     The Funds are multiemployer benefit plans within the meanings of Sections 3(3) and 3(37) of ERISA. 29 U.S.C. §1002(3) and 37(A). They are established and maintained pursuant to their respective Agreements and Declarations of Trust in accordance with Section 302(c)(5) of the LMRA. 29 U.S.C. § 186(c)(5). The Funds have offices and conduct business within this District.

4.     Plaintiff James S. Jorgensen is the Administrator of the Funds, and has been duly authorized by the Funds' Trustees to act on behalf of the Funds in the collection of employer contributions owed to the Funds and to the Construction and General District Council of Chicago and Vicinity Training Fund, and with respect to the collection by the Funds of amounts which have been or are required to be withheld from the wages of employees in payment of union dues for transmittal to the Construction and General Laborers' District Council of Chicago and Vicinity (the "Union"). With respect to such matters, Jorgensen is a fiduciary of the Funds within the meaning of Section 3(21)(A) of ERISA, 29 U.S.C. §1002(21)(A).

5.    Defendant Midwest REM Enterprises, Inc., (hereinafter the "Company"),
is an Illinois corporation.  The Company does business within this District and was at all
times relevant herein an employer within the meaning of Section 3(5) of ERISA, 29
U.S.C. §1002(5), and Section 301(a) of the LMRA, 29 U.S.C. §185(c).

6.    The Union is a labor organization within the meaning of 29 U.S.C.
§185(a). The Union and the Company have been parties to successive collective
bargaining agreements, the most recent of which became effective June 1, 2013.
("Agreement").  (A copy of the "short form" Agreement entered into between the Union
and Company which Agreement adopts and incorporates Master Agreements between the
Union and various employer associations, and also binds the Company to the Funds'
respective Agreements and Declarations of Trust, is attached hereto as Exhibit A.)

7.    The Funds have been duly authorized by the Construction and General
Laborers' District Council of Chicago and Vicinity Training Fund (the "Training Fund"),
the Midwest Construction Industry Advancement Fund ("MCIAF"), the Mid-American
Regional Bargaining Association Industry Advancement Fund ("MARBA"), the
Chicagoland Construction Safety Council (the "Safety Fund"), the Laborers' Employers'
Cooperation and Education Trust ("LECET"), the Concrete Contractors Association
("CCA"), the CDCNI/CAWCC Contractors' Industry Advancement Fund (the "Wall &
Ceiling Fund"), the CISCO Uniform Drug/Alcohol Abuse Program ("CISCO"), the
Laborers' District Council Labor Management Committee Cooperative ("LDCLMCC"),
the Will Grundy Industry Trust Advancement Fund ("WGITA"), the Illinois
Environmental Contractors Association Industry Education Fund ("IECA"), the Illinois
Small Pavers Association Fund ("ISPA"), the Midwest Wall and Ceiling Contractors

("MWCC"), and the Chicago Area Independent Construction Association ("CAICA") to act as an agent in the collection of contributions due to those funds.

8.     The Agreement and the Funds' respective Agreements and Declarations of Trust obligate the Company to make contributions on behalf of its employees covered by the Agreement, and to submit monthly remittance reports in which the Company, *inter alia*, identifies the employees covered under the Agreements and the amount of contributions to be remitted to the Funds on behalf of each covered employee. Pursuant to the terms of the Agreement and the Funds' respective Agreements and Declarations of Trust, contributions which are not submitted in a timely fashion are assessed liquidated damages plus interest.

9.     The Agreement requires the Company to obtain and maintain a surety bond to guaranty the payment of future wages, pension and welfare benefits.

10.     The Agreement and the Funds' respective Agreements and Declarations of Trust require the Company to submit its books and records to the Funds on demand for an audit to determine benefit contribution compliance.

11.     An audit was conducted of the Company's books and records for the time period of April 1, 2010 through March 31, 2014, which was subsequently revised. The revised audit revealed that, notwithstanding the obligations imposed by the Agreement and the Funds' respective Agreements and Declarations of Trust, the Company performed covered work during the audit period of April 1, 2010 through March 31, 2014 but that it:

(a)     failed to report and pay contributions in the amount of $19,267.14

owed to Plaintiff Laborers' Pension Fund for the audit period of April 1, 2010 through March 31, 2014, thereby depriving the Laborers' Pension Fund of contributions, information, and income needed to administer the Fund and jeopardizing the pension benefits of the participants and beneficiaries;

(b)    failed to report and pay contributions in the amount of $26,706.96 owed to Plaintiff Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity for the audit period of April 1, 2010 through March 31, 2014, thereby depriving the Welfare Fund of contributions, information, and income needed to administer the Fund and jeopardizing the health and welfare benefits of the participants and beneficiaries;

(c)    failed to report and pay contributions in the amount of $990.63 owed to the Training Fund for the audit period of April 1, 2010 through March 31, 2014, thereby depriving the Fund of contributions, information, and income needed to administer the Fund and jeopardizing the training fund benefits of the participants and beneficiaries;

(d)    failed to report and pay contributions in the amount of $896.55 owed to LDCLMCC for the audit period of April 1, 2010 through March 31, 2014, thereby depriving the Fund of contributions, information, and income needed to administer the Fund and jeopardizing the benefits of the participants and beneficiaries;

(e)    failed to report and pay contributions in the amount of $224.17 owed to MWCC for the audit period of April 1, 2010 through March 31, 2014,

thereby depriving the Fund of contributions, information, and income needed to administer the Fund and jeopardizing the benefits of the participants and beneficiaries;

    (f)    failed to report and pay contributions in the amount of $523.02 owed to LECET for the audit period of April 1, 2010 through March 31, 2014, thereby depriving the Fund of contributions, information, and income needed to administer the Fund and jeopardizing the benefits of the participants and beneficiaries; and

    (g)    failed to obtain and maintain a surety bond in accordance with the terms of the Agreement.

A true and accurate copy of the April 1, 2010 through March 31, 2014 audit report is attached hereto as Exhibit B. A true and accurate copy of the summary sheet detailing the amounts owed pursuant to the April 1, 2010 through March 31, 2014 audit is attached hereto as Exhibit C.

12.    Under the terms of the Agreements and the Funds' respective Agreements and Declarations of Trust, the Company owes liquidated damages plus interest on all unpaid contributions and late-paid contributions as identified on the audit for the time period of April 1, 2010 through March 31, 2014. See Exhibits B and C.

13.    Under the terms of the Agreement and the Funds' respective Agreements and Declarations of Trust, the Company is liable for the costs of any audit which reveals unpaid contributions. Accordingly, the Company owes the Funds $3,699.20 in audit costs for the April 1, 2010 through March 31, 2014 audit. See Exhibit B.

14.     The Company's actions in failing to submit payment upon an audit to which it submitted its books and records violate Section 515 of ERISA, 29 U.S.C. §1145.

15.     Pursuant to Section 502(g)(2) of ERISA, 29 U.S.C. §1132 (g)(2), Section 301 of the LMRA, 29 U.S.C. §185, and the terms of the Agreement and the Funds' respective Agreements and Declarations of Trust, the Company is liable to the Funds for unpaid contributions, as well as interest and liquidated damages on the unpaid contributions, accumulated liquidated damages, audit costs, reasonable attorneys' fees and costs, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request this Court enter a judgment against Defendant Midwest REM Enterprises, Inc.:

a.      entering judgment in sum certain in favor of the Funds and against Defendant on the amounts found owing pursuant to the April 1,2014 through March 31, 2014 audit, including contributions, interest, liquidated damages, accumulated liquidated damages, audit costs, and Plaintiffs' reasonable attorneys' fees and costs;

b.      ordering the Defendant to obtain and maintain a surety bond; and

c.      awarding Plaintiffs any further legal and equitable relief as the Court deems appropriate.

## COUNT II

### (Failure to Pay Union Dues as Revealed by an Audit)

16.     Plaintiffs reallege paragraphs 1 through 15 of Count I, as though fully set forth herein.

17.     Pursuant to agreement, the Funds have been duly designated to serve as collection agents for the Union in that the Funds have been given the authority to collect from employers union dues which should have been or have been deducted from the wages of covered employees.

18.     Dues reports and contributions are due by the 10th day following the month in which the work was performed.  Dues reports and contributions which are not submitted in a timely fashion are assessed liquidated damages.

19.     The revised audit revealed that, notwithstanding the obligations imposed by the Agreement, the Company performed covered work during the audit period of April 1, 2010 through March 31, 2014 but that it failed to report and withhold and/or forward Union dues that were deducted or should have been deducted from the wages of its employees in the amount of $9,741.47 for the audit period of April 1, 2010 through March 31, 2014, thereby depriving the Union of information and income.  See Exhibits B and C.

20.     Under the terms of the Agreement, the Company owes liquidated damages on all late or unpaid dues.  Accordingly, the Company owes liquidated damages on all unpaid and late-paid dues as identified on the audit for the time period of April 1, 2010 through March 31, 2014, as well as audit costs, reasonable attorneys' fees and costs as the Union's collection agent, and such other legal and equitable relief as the Court deems appropriate.  See Exhibits B and C.

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment against Defendant Midwest REM Enterprises, Inc.:

     a.     entering judgment in sum certain in favor of the Funds and against Defendant on the amounts found owing pursuant to the April 1, 2010 through March 31, 2014 audit, including dues, liquidated damages, accumulated liquidated damages, audit costs, and Plaintiffs' reasonable attorneys' fees and costs; and

     b.     awarding Plaintiffs any further legal and equitable relief as the Court deems appropriate.

September 27, 2016               Laborers' Pension Fund, et al.

                                    /s/ Katherine Mosenson
                                    Katherine Mosenson

Katherine Mosenson
Office of Fund Counsel
111 West Jackson Boulevard
Suite 1415
Chicago, Illinois 60604
(312) 692-1540



# HEADQUARTERS OF
# Construction & General Laborers'
# District Council of Chicago and Vicinity

Affiliated with the Laborers' International Union of North America, A.F. of L. - C.I.O. -
6121 WEST DIVERSEY AVENUE • CHICAGO, ILLINOIS 60639 • PHONE: 773-237-7537 • FAX: 773-237-3417

LOCALS 1, 2, 4, 5, 6, 25, 75, 76, 96, 118, 149, 152, 225, 269, 288, 582, 681, 1001, 1006, 1035, 1092 

### INDEPENDENT CONSTRUCTION INDUSTRY
### COLLECTIVE BARGAINING AGREEMENT

It is hereby stipulated and agreed by and between _____ herein called the "EMPLOYER", and the CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, herein called the "UNION", representing and encompassing Local Nos. 1, 2, 4, 5, 6, 25, 75, 76, 96, 118, 149, 152, 225, 269, 288, 582, 681, 1001, 1006, 1035, 1092 and encompassing the geographical areas of the counties of Cook, Lake, DuPage, Will, Grundy, Kendall, Kane, McHenry and Boone, in the State of Illinois, together with any other locals which may come within the jurisdiction of the UNION, that:

1. **EMPLOYER**, in response to the UNION's claim that it represents an uncoerced majority of each EMPLOYERS' laborer employees, acknowledges and agrees that there is no good faith doubt that the UNION has been authorized to and in fact does represent such majority of laborer employees. Therefore, the UNION is hereby recognized as the sole and exclusive collective bargaining representative for the employees now or hereafter employed in the bargaining unit with respect to wages, hours of work and other terms and conditions of employment in accordance with Section 9 of the National Labor Relations Act without the need for a Board certified election.

2. The **EMPLOYER** affirms and adopts the Collective Bargaining Agreements between the UNION and the Builders Association of Chicago and Vicinity, the Illinois Road Builders Association, the Underground Contractors Association, the Mason Contractors Association of Greater Chicago, the Concrete Contractors Association of Greater Chicago, G.D.C.N.I.C.A.W.C.C., the Lake County Contractors Association, the Contractors Association of Will and Grundy Counties, the Fox Valley General Contractors Association, the Chicago Demolition Contractors' Association, the Illinois Environmental Contractors Association, and all other Associations with whom the District Council or any of its affiliated local unions has a duly negotiated agreement, and re-establishes all agreements from June 1, 1976 together with all amendments thereto. Where no current Association agreement is negotiated, the terms of the most recent expired agreement are incorporated herein with all terms, conditions and data extended for the duration hereof, until a current agreement exists that shall be incorporated retroactively herein. It is further agreed that where a contractor works in the jurisdiction of any local UNION, then the Association agreement covering the local UNION is herein specifically incorporated in that agreement and shall supersede the standard District Council agreements in the case of any conflict between the District Council agreement and the local Association agreement. Nothing herein shall limit the jurisdiction of this Agreement to less than that provided in this Agreement.

3. The **EMPLOYER** agrees to pay the amounts that it is bound to pay under said Collective Bargaining Agreements to the HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, the LABORERS' PENSION FUND, the CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY TRAINING TRUST FUND, the CHICAGO AREA LABORERS-EMPLOYERS COOPERATION EDUCATION TRUST ("LECET"), and to all other designated Union affiliated benefit funds, and to be considered a party to the Agreements and Declarations of Trust creating said Trust Funds as if it had signed the original copies of the Trust Instruments and amendments thereto. The EMPLOYER ratifies and confirms the appointment of the EMPLOYER Trustees who shall, together with their successor Trustees, designated in the manner provided in said Agreements and Declaration of Trusts and jointly with an equal number of Trustees appointed by the UNION, carry out the terms and conditions of the Trust Instruments.

The EMPLOYER further affirms and re-establishes that all prior contributions paid to the Welfare, Pension, Training and LECET Funds were made by duly authorized agents of the EMPLOYER at all proper rates, for the appropriate periods of time, and that by making said prior contributions the EMPLOYER evidences the intent to be bound by the terms of this Trust Agreement and Collective Bargaining Agreements which were operative at the time the contributions were made, acknowledging the report from to be a sufficient instrument in writing to bind the EMPLOYER to the applicable agreements.

4. Employees covered by this Working Agreement shall retain all the work traditionally performed by members of the UNION. The EMPLOYER agrees that it will not cause any such traditionally performed work to be done at a construction site by employees other than those covered by this Memorandum of Agreement, except with the prior written consent of the UNION. Any EMPLOYER, whether acting as a contractor, general manager or developer, who contracts out or sublets any of the work coming within the jurisdiction of the UNION, shall assume the obligations of any such subcontractor for prompt payment of employees' wages and other benefits, including reasonable attorneys' fees incurred in enforcing the provisions hereof. Notwithstanding any agreement to the contrary, the EMPLOYER's violation of any provision of this paragraph shall give the UNION the right to take any other lawful action, including all remedies at law or equity.

5. In the event of any change in the ownership, management or operation of the EMPLOYER's business by sale or otherwise, it is agreed that as a condition of such transfer or change that the new owner and management shall be fully bound by the terms and conditions of this Agreement. This Agreement is applicable to all successors and transferees of the EMPLOYER, whether corporate or otherwise. The EMPLOYER shall provide ten (10) days prior notice to the Union of the sale or transfer.

6. The negotiated wage and fringe benefit contribution rates in the various Collective Bargaining Agreements are as follows:

| | |
|---|---|
| June 1, 1998 | $33.35 Per Hour Wages |
| to | $ 3.27 Per Hour Health and Welfare Fund |
| | $ 2.05 Per Hour Pension Fund |
| May 31, 1999 | $ .10 Per Hour Training Fund (plus additional amounts in Association agreement) |
| | $ .03 Per Hour MCIAF (if applicable in Association agreement) |
| | $ .02 Per Hour LECET (to be deducted from MCIAF if LECET contribution is not provided in Association agreement) |
| | $ .05 Per Hour Chicagoland Safety Council (if applicable) |
| | In addition, the Employer shall pay other amounts if provided in appropriate Association agreements for industry funds. |
| June 1, 1999 | $ 1.25 Per Hour increase for the year June 1, 1999 through May 31, 2000 to be allocated between wages and fringe benefits by the Union in its sole discretion. |
| to | |
| May 31, 2000 | Welfare, Pension, Training and LECET Funds contributions to remain the same unless additional sums are allocated. |
| June 1, 2000 | $ 1.35 Per Hour increase for the year June 1, 2000 through May 31, 2001, to be allocated between wages and fringe benefits by the Union in its sole discretion. |
| to | |
| May 31, 2001 | Welfare, Pension, Training and LECET Funds contributions remain the same unless additional sums are allocated. |

All additional wage rates, dues checkoff, and fringe benefits that are negotiated or become effective after May 31, 2001, shall be incorporated in this Memorandum of Agreement.

7. Effective June 1, 1998, all EMPLOYERS covered by this Memorandum of Agreement incorporating the various Collective Bargaining Agreements shall deduct from the wages of employees covered by the said contract, uniform working dues in the amount of 1.5% of gross wages, or as determined by the UNION, and shall remit monthly to the UNION office designated to the EMPLOYER by the District Council in writing, together with an accurate list of employees from whom wages and dues were deducted and the amounts applicable to each employee, not later than the 15th day of the month following the month for which said deductions were made.

8. It is the intention of the parties that such deductions shall comply with the requirements of Section 302(c)(4) of the Labor Management Relations Act of 1947, as amended and such deductions be made only pursuant to written agreements from each employee on whose account such deductions are made, which assignment shall not be irrevocable for a period of more than one year or beyond the termination date of the Memorandum of Agreement, whichever occurs sooner.

9. This Agreement shall remain in full force and effect through May 31, 2001 (unless an applicable Association agreement is of longer duration) and shall continue thereafter unless there has been given written notice, by registered or certified mail by either party hereto, received no less than sixty (60) nor more than ninety (90) days prior to the expiration date, of the desire to modify or amend this Agreement through negotiations. In the absence of such notice the EMPLOYER and the UNION agree to be bound by the new area-wide negotiated contracts with the various Associations incorporating them into this Agreement and extending this Agreement for the life of the newly negotiated contracts.

10. The EMPLOYER acknowledges and accepts the facsimile signatures on this contract as if they were the original signatures. The EMPLOYER further acknowledges receipt of a copy of the complete Joint Working Agreement. Upon request of the UNION, the EMPLOYER shall execute another agreement that reflects the final contract settlements incorporated herein.

Dated _2601 Limayne_   _11-4-98_
               month / day        year

ACCEPTED:

Laborers' Local Union No. _#76_

By _____                    _Midwest Fence Co. _____ Inc.___
                                                   (Employer)

CONSTRUCTION AND GENERAL LABORERS'
DISTRICT COUNCIL OF CHICAGO AND VICINITY     By _Alberto Dominguez  Pres./owner_
                                                   (Print Name and Title)

By _____                    By _____
Robert F. Gill, Trustee                          (Signature)

                                          _____
For Office Use Only:                             (Address)

                                          _____
                                                 (City, State and Zip Code)

                                          _708- 345-5055_
                                                 (Telephone)

TRUST FUND

EXHIBIT A



**LEGACY**
PROFESSIONALS LLP
CERTIFIED PUBLIC ACCOUNTANTS

Pension and Welfare Funds of Construction and General
  Laborers' District Council of Chicago and Vicinity
11465 Cermak Road
Westchester, Illinois 60154

For professional services rendered in connection
with the compliance audit of:

Midwest REM Enterprises

| | | | | |
|---|---|---|---|---|
| Field Auditor | 36 hour(s) @ | $ 75.00 | per hour | $ 2,700.00 |
| Manager | 6 hour(s) @ | $ 150.00 | per hour | $ 900.00 |
| Clerical | 0.2 hour(s) @ | $ 60.00 | per hour | $ 12.00 |
| Expenses | | | | $ 87.20 |
| | CURRENT TOTAL | | | $ 3,699.20 |

www.legacycpas.com
The perfect balance of commitment and experience.



EXHIBIT
B



Midwest Rem Enterprises
2601 LeMoyne
Melrose Park, IL 60160

Employer Number:32808

April 1, 2010 to March 31, 2014



# LEGACY
## PROFESSIONALS LLP
### CERTIFIED PUBLIC ACCOUNTANTS

January 22, 2015

Board of Trustees
Pension and Welfare Funds of Construction and General
  Laborers' District Council of Chicago and Vicinity
11465 Cermak Rd.
Westchester, Illinois 60154

We have applied certain procedures, as discussed below, to the payroll records of Midwest REM Enterprises, a contributing employer to the Pension and Welfare Funds of Construction and General Laborers' District Council of Chicago and Vicinity, for the period April 1, 2010 to March 31, 2014. The purpose of our review was to assist you in determining whether contributions to the Trust Funds are being made in accordance with the collective bargaining agreements in effect and with the Trust Agreements of the Funds. The propriety of the contributions is the responsibility of the employer's management.

Our procedures included a review of the pertinent provision of the collective bargaining agreements and compared underlying employer payroll records to Fund contribution records. The employer records we reviewed included payroll journals, individual earnings records, payroll tax returns, contribution reports, job classifications, and general disbursement records as appropriate. The scope of this engagement was limited to records made available by the employer and would not necessarily disclose all exceptions in employer contributions to the Trust Funds. Any compensation paid to employees not disclosed to us or made part of the written record was not determinable by us and was not included in our review.

Our procedures related to a review of the employer's payroll records only and did not extend to any financial statements of the contributing employer. The procedures were substantially less in scope than an audit of the financial statements of the contributing employer, the objective of which is the expression of an opinion on the contributing employer's financial statements. Accordingly, no such opinion is expressed.

The findings of this audit report should not be construed as an endorsement or ratification of any of the Employer's contribution practices. The finding is based solely on those documents that the Employer provided to the auditors. This firm has not been retained to provide, and does not provide, any interpretation or advice concerning any terms of the collective bargaining agreement between the Employer and the Union or the terms of the Funds' respective Agreement and Declarations of Trust. All questions concerning the Employer's contribution practices, or any contributions or benefits-related issue, should be directed to the Union or the Fund office. No failure to note an exception to any of the employer's contribution practices should be construed as a ratification of such practice or waiver of the Union or the Funds' ability to challenge such practice in the future.

The exceptions to employer contributions noted are detailed on the accompanying schedule.

*Legacy Professionals LLP*

Notes & Procedures

Midwest REM Enterprises
2601 LeMoyne
Melrose Park, IL 60160

Employer # 32808

The audit for Midwest REM Enterprises (Midwest) took place at the employer's address of 2601 LeMoyne in Melrose Park, IL. The contact for the audit was Oscar Baeza, CFO. The audit period was April 1, 2010 to March 31, 2014. Midwest is owned by Alberto Ramirez (51%) and Barbara Lorenzo Ramirez (49%).

Because Midwest is an honor roll contractor, we sampled the payroll taxes for the purposes of classifying individuals. In 2013, Midwest employed 60 total individuals, 24 of which were covered by the Collective Bargaining Agreement. Other employees were found to be teamsters reported to local 731, operating engineers reported to operating engineers local 150, drivers, dispatchers, shop workers, and various office and managerial staff. Affidavits were sent out to the shop employees, and because either affidavits were returned or the Field Representative was able to speak with the individual in question, these shop employees are excluded from our report.

We were able to reconcile the 2013 W-2 forms to the 2013 W-3 without discrepancy. For all reported individuals, we then captured the 2011 and 2012 W-2 reports as well as the 2010 Q2, Q3, and Q4 IL SUTA reports and the 2014 Q1 IL SUTA report. We were then able to reconcile all reported individuals' payroll to their respective tax documents for the entire audit period, and no discrepancy was found. Because of this, we felt confident using the employer's payroll records to reconcile against the Fund's contribution reports.

We sampled the payroll for each year of the audit period, and because discrepancies were noted in each year of the audit period except for 2010, the sample was expanded to 100% of each year except for 2010. Midwest appeared to have a number of underreported months as detailed on the attached schedules. Additionally, Midwest appeared to not have contributed to the District Council for any individuals in May, November, and December of 2013 as well as January, February, and March of 2014. When the employer contact was asked if work was performed in other jurisdictions, the contact responded in the negative.

Midwest's check register was reviewed over the audit period, and no irregularities were noted. The bank statements were sampled against the check register, and no discrepancies were found.

2

# Laborers' District Council
## Reconciliation of Differences Per Year

| Fiscal Year Ending | 5-31-2011 | 5-31-2012 | 5-31-2013 | 5-31-2014 | 5-31-2015 | Total Due |
|---|---|---|---|---|---|---|
| Fringe Hours Not Reported | - | 1,758.50 | 74.50 | 325.00 | - | 2,158.00 |
| Dues Hours Not Reported | - | 547.00 | 1,720.75 | 5,203.50 | - | 7,471.25 |
| Dues Wages Not Reported | - | 22,510.21 | 68,427.70 | 212,263.62 | - | 303,201.53 |
| **Dollar Amount Due** | | | | | | |
| Welfare (Active) | - | 21,418.53 | 952.11 | 4,348.50 | - | 26,719.14 |
| Welfare (Retiree) | - | - | - | - | - | - |
| Pension | - | 15,509.97 | 671.99 | 3,094.00 | - | 19,275.96 |
| Training | - | 791.34 | 37.25 | 162.50 | - | 991.09 |
| LECET | - | 38.30 | 120.46 | 364.27 | - | 523.03 |
| LDCLMCC | - | 65.64 | 206.49 | 624.42 | - | 896.55 |
| MWCC CAWC | - | 16.42 | 51.63 | 156.13 | - | 224.18 |
| Working Dues | - | 619.02 | 2,223.89 | 6,898.56 | - | 9,741.47 |
| **Total** | $ - | $ 38,459.22 | $ 4,263.82 | $ 15,648.38 | $ - | $ 58,371.42 |

| | | |
|---|---|---|
| Plus previous late charges assessed by Laborers' Pension and Welfare Funds | $ | 22,373.52 |
| Plus previous underpayments incurred to Laborers' District Council Funds | $ | - |
| Plus previous penalties incurred to Laborers' District Council Funds | $ | - |
| Audit Fee | $ | 3,699.20 |
| Total Amount Due | $ | 84,444.14 |

| | |
|---|---|
| Employer Name: | Midwest Rem Enterprises |
| Employer #: | 32808 |
| Date of Audit: | June 26, 2014 |
| Audit Period : | April 1, 2010 to March 31, 2014 |

| | |
|---|---|
| Person Contacted: | Oscar Baeza |
| Date of Contact: | May 15, 2014 |
| Telephone: | (708) 345-8099 |
| Auditor: | Alan Droba |

## Laborers' District Council
### Schedule of Deficiencies

Employer Name: Midwest Rem Enterprises
Employer Number: 32808
Agreement Type: *MWCC

Audit Period: April 1, 2010 to March 31, 2014
Date of Audit: June 26, 2014
Field Auditor: Alan Oroba

| SSN | Name | | Jun | Jul | Aug | Sep (2011) | Oct | Nov | Dec | Jan (2012) | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALVARADO, ABEL | Fringe Hours | | | | 38.50 | | | | | | | | | 38.50 |
| | | Dues Hours | | | | 38.50 | | | | | | | | | 38.50 |
| | | Dues Wages | | | | 1,575.20 | | | | | | | | | 1,575.20 |
| | BAEZA, ANTONIO | Fringe Hours | | | | 60.50 | | | | | | | | 9.00 | 69.50 |
| | | Dues Hours | | | | 55.50 | | | | | | | | | 55.50 |
| | | Dues Wages | | | | 2,464.00 | | | | | | | | 316.80 | 2,780.80 |
| | CARRERA, ERNESTO | Fringe Hours | | | | 55.50 | | | | | | | | | 55.50 |
| | | Dues Hours | | | | 55.50 | | | | | | | | | 55.50 |
| | | Dues Wages | | | | 2,306.36 | | | | | | | | | 2,306.36 |
| | GARCIA, RICARDO | Fringe Hours | | | | 28.00 | | | | | | | | | 28.00 |
| | | Dues Hours | | | | 28.00 | | | | | | | | | 28.00 |
| | | Dues Wages | | | | 1,161.60 | | | | | | | | | 1,161.60 |
| | GUZMAN, MANUEL | Fringe Hours | | | | | 68.50 | | | | | | | | 68.50 |
| | | Dues Hours | | | | | | | | | | | | | |
| | | Dues Wages | | | | | | | | | | | | | |
| | JEUC, MILAN | Fringe Hours | | | | 9.00 | | | | | | | | | 9.00 |
| | | Dues Hours | | | | 9.00 | | | | | | | | | 9.00 |
| | | Dues Wages | | | | 334.40 | | | | | | | | | 334.40 |
| | MCINTIRE, WILLIAM | Fringe Hours | | | | 37.50 | | | | | | | | | 37.50 |
| | | Dues Hours | | | | 37.50 | | | | | | | | | 37.50 |
| | | Dues Wages | | | | 1,615.39 | | | | | | | | | 1,615.39 |
| | MELENDEZ, PAULINO | Fringe Hours | | | | 47.50 | 52.50 | 78.00 | | | | | | | 178.00 |
| | | Dues Hours | | | | 47.50 | | | | | | | | | 47.50 |
| | | Dues Wages | | | | 1,519.20 | | | | | | | | | 1,519.20 |
| | MELENDEZ, JULIAN | Fringe Hours | | | | 44.00 | 79.50 | 177.00 | 16.00 | | | | | | 316.50 |
| | | Dues Hours | | | | 44.00 | | | | | | | | | 44.00 |
| | | Dues Wages | | | | 1,689.60 | | | | | | | | | 1,689.60 |
| | NEVAREZ, HERIBERTO VELASQ | Fringe Hours | | | | 66.00 | | | | | | | | | 66.00 |
| | | Dues Hours | | | | 66.00 | | | | | | | | | 66.00 |
| | | Dues Wages | | | | 2,950.65 | | | | 262.79 | | | | | 3,213.44 |
| | | Total Fringe Hours | | | | 326.00 | 200.50 | 255.00 | 16.00 | | | | | 9.00 | 805.50 |
| | | Total Dues Hours | | | | 386.50 | | | | | | | | 9.00 | 395.50 |
| | | Total Dues Wages | | | | 15,716.40 | | | | 262.79 | | | | 316.80 | 16,295.99 |

Fund contribution breakdown:

| | Rate | ... | Oct | Nov | Dec | Jan | Feb | ... | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Welfare | $12.18 | | | | | | | | 109.62 | 9,823.17 |
| Pension | $8.82 | | | | | | | | 79.38 | 7,113.33 |
| Training | $0.45 | | | | | | | | 4.05 | 362.93 |
| LECET | $0.07 | | | | | | | | 0.63 | 27.69 |
| LDCLMCC | $0.12 | | | | | | | | 1.08 | 47.46 |
| MWCC/CAWC | $0.03 | | | | | | | | 0.27 | 11.87 |
| Working Dues | 2.75% | | | | | | | | 8.71 | 448.14 |
| TOTALS BY MONTH INCLUDE 3 SHEETS | | | 9,834.83 | 10,950.23 | 4,956.45 | 1,776.85 | 24.16 | | 203.74 | 38,459.22 |

# Laborers' District Council
## Schedule of Deficiencies

Employer Name: Midwest Rem Enterprises
Employer Number: 32808
Agreement Type: *MWCC

Audit Period: April 1, 2010 to March 31, 2014
Date of Audit: June 26, 2014
Field Auditor: Alan Droba

| SSN | Name | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 2011 | | | | 2012 | | | | | |
| | NEVAREZ, MARIO | Fringe Hours | - | - | - | | | | 8.00 | | | - | - | - | 8.00 |
| | | Dues Hours | - | - | - | | | | 8.00 | | | - | - | - | 8.00 |
| | | Dues Wages | - | - | - | | | | | | | - | - | - | 26.50 |
| | PALMER, FERNANDO | Fringe Hours | | | | | | | 107.50 | | | | | | 107.50 |
| | | Dues Hours | | | | | | | 281.60 | | | | | | 1,011.95 |
| | | Dues Wages | | | | | | | 107.50 | | | | | | 107.50 |
| | PEREZ, MIGUEL | Fringe Hours | | | | 24.00 | | | | | | | | | 24.00 |
| | | Dues Hours | | | | 24.00 | | | | | | | | | 24.00 |
| | | Dues Wages | | | | 985.60 | | | | | | | | | 985.60 |
| | SOLIS, JAVIER | Fringe Hours | | | | | | | | | | | | | 413.50 |
| | | Dues Hours | | | | 66.00 | 95.50 | 181.00 | 59.50 | | 82.50 | | | | 985.60 |
| | | Dues Wages | | | | 66.00 | | | | | | | | | 66.00 |
| | TORRES, MANUEL | Fringe Hours | | | | 66.00 | | | | | | | | | 66.00 |
| | | Dues Hours | | | | 2,780.80 | | | | | | | | | 2,780.80 |
| | | Dues Wages | | | | | 44.50 | | | | | | | | 44.50 |
| | VALDEZ, ALFREDO | Fringe Hours | | | | 44.50 | | | | | | | | | 44.50 |
| | | Dues Hours | | | | | | | | | | | | | - |
| | | Dues Wages | | | | 35.00 | | | | | | | | | 35.00 |
| | VAVRA, THOMAS | Fringe Hours | | | | 35.00 | | | | | | | | | 35.00 |
| | | Dues Hours | | | | 1,435.87 | | | | | | | | | 1,435.87 |
| | | Dues Wages | | | | | 45.00 | | | | | | | | 45.00 |
| | VILLOSENOR, MANUEL | Fringe Hours | | | | | 45.00 | | | | | | | | 45.00 |
| | | Dues Hours | | | | | | | | | | | | | - |
| | | Dues Wages | | | | 16.00 | | 32.00 | | | | | | | 48.00 |
| | GRACIANI, JOSE | Fringe Hours | | | | | | | | | | | | | 48.00 |
| | | Dues Hours | | | | | 73.00 | 42.50 | | | | | | | 115.50 |
| | | Dues Wages | | | | | | | | | | | | | 115.50 |
| | KAKALETRIS, GEORGE | Fringe Hours | | | | | | | | | | | | | - |
| | | Dues Hours | | | | | | | | | | | | | - |
| | | Dues Wages | | | | | | | | | | | | | - |

| | | Total Fringe Hours | - | - | - | 141.00 | 258.00 | 255.50 | 175.00 | 82.50 | - | - | - | - | 912.00 |
| | | Total Dues Hours | - | - | - | 125.00 | - | - | 8.00 | 18.50 | - | - | - | - | 151.50 |
| | | Total Wages | - | - | - | 5,202.27 | - | - | 281.60 | 730.35 | - | - | - | - | 6,214.22 |

| | Welfare | $12.18 | - | - | - | 1,717.38 | 3,142.44 | 3,111.99 | 2,131.50 | 1,004.85 | - | - | - | - | 11,108.16 |
| | Pension | $8.82 | - | - | - | 1,243.62 | 2,275.56 | 2,253.51 | 1,543.50 | 727.65 | - | - | - | - | 8,043.84 |
| | Training | $0.45 | - | - | - | 63.45 | 116.10 | 114.98 | 78.75 | 37.13 | - | - | - | - | 410.41 |
| | LECET | $0.07 | - | - | - | 8.75 | - | 0.56 | 0.56 | 1.30 | - | - | - | - | 10.61 |
| | LDCLMCC | $0.12 | - | - | - | 15.00 | - | 0.95 | 0.95 | 2.22 | - | - | - | - | 18.18 |
| | MWCC/C&WC | $0.03 | - | - | - | 3.75 | - | 0.24 | 0.24 | 0.55 | - | - | - | - | 4.55 |
| | Working Dues | 2.75% | - | - | - | 143.06 | - | - | 7.74 | 20.08 | - | - | - | - | 170.88 |

TOTALS BY MONTH INCLUDE 3 SHEETS | | | - | - | - | 10,704.95 | 9,834.83 | 10,950.23 | 4,964.45 | 1,776.86 | - | - | - | 203.74 | 38,459.22 |

# Laborers' District Council
### Schedule of Deficiencies

Employer Name: Midwest Rem Enterprises
Employer Number: 328808
Agreement Type: *MWCC

Audit Period: April 1, 2010 to March 31, 2014
Date of Audit: June 26, 2014
Field Auditor: Alan Droba

| SSN / Name | | Jun | Jul | Aug | Sep 2011 | Oct | Nov | Dec | Jan | Feb | Mar 2012 | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PARKER, ADAM | Fringe Hours | - | - | - | - | - | - | 40.00 | - | - | - | - | - | 40.00 |
| | Dues Hours | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Dues Wages | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Total Fringe Hours | - | - | - | - | - | - | 40.00 | - | - | - | - | - | 40.00 |
| | Total Dues Hours | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Total Dues Wages | - | - | - | - | - | - | - | - | - | - | - | - | - |

**TOTALS BY MONTH INCLUDE 3 SHEETS**

| | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare | $12.18 | - | - | - | 10,704.95 | 9,834.83 | 10,950.23 | 487.20 | 1,776.86 | 244.16 | - | - | 203.74 | 38,459.22 |
| Pension | $8.82 | - | - | - | - | - | - | 352.80 | - | - | - | - | - | 352.80 |
| Training | $0.45 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LECET | $0.07 | - | - | - | - | - | - | 18.00 | - | - | - | - | - | 18.00 |
| LDCLMCC | $0.07 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MWCC/LMCC | $0.12 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| MWCC/CAWC | $0.03 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Working Dues | 2.75% | - | - | - | - | - | - | - | - | - | - | - | - | - |

# Laborers' District Council
## Schedule of Deficiencies

Employer Name: Midwest Rem Enterprises  
Employer Number: 323808  
Agreement Type: *MWCC

Audit Period: April 1, 2010 to March 31, 2014  
Date of Audit: June 26, 2014  
Field Auditor: Alan Droba

| SSN | Name | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *2012* | | | | *2013* | | | | | |
| | FRANCO, ALEJANDRO | Fringe Hours | | | | | | | | | | | | | |
| | | Dues Hours | | | | | | 46.00 | | | | | | 194.00 | 240.00 |
| | | Dues Wages | | | | | | 1,861.20 | | | | | | 7,819.20 | 9,680.40 |
| | MCINTIRE, WILLIAM | Fringe Hours | | | | | | | | | | | | | |
| | | Dues Hours | | | 9.00 | | | | | | | | | | 9.00 |
| | | Dues Wages | | | 364.33 | | | | | | | | | | 364.33 |
| | MELENDEZ, PAULINO | Fringe Hours | | 40.00 | | | | | | | | | | | 40.00 |
| | | Dues Hours | | 40.00 | | | | | | | | | | | 40.00 |
| | | Dues Wages | | 1,448.00 | | | | | | | | | | | 1,448.00 |
| | PEREZ, MIGUEL | Fringe Hours | | | | 17.00 | | | | | | | | | 17.00 |
| | | Dues Hours | | | | 17.00 | | | | | | | | | 17.00 |
| | | Dues Wages | | | | 633.50 | | | | | | | | | 633.50 |
| | BAEZA, ANTONIO | Fringe Hours | | | | | | | | | | | | 10.00 | 10.00 |
| | | Dues Hours | | | | | | | | | | | | 44.75 | 44.75 |
| | | Dues Wages | | | | | | | | | | | | 1,624.43 | 1,624.43 |
| | MELENDEZ, JULIAN | Fringe Hours | | | | | | | | 7.50 | | | | | 7.50 |
| | | Dues Hours | | | | | | | | 7.50 | | | | | 7.50 |
| | | Dues Wages | | | | | | | | 271.50 | | | | | 271.50 |
| | ALBRIGHT, GEORGE | Fringe Hours | | | | | | | | 7.50 | | | | | 7.50 |
| | | Dues Hours | | | | | | | | 7.50 | | | | | 7.50 |
| | | Dues Wages | | | | | | | | | | | | 127.00 | 127.00 |
| | ALVARADO, ABEL | Fringe Hours | | | | | | | | | | | | | |
| | | Dues Hours | | | | | | | | | | | | 220.50 | 220.50 |
| | | Dues Wages | | | | | | | | | | | | 8,932.35 | 8,932.35 |
| | CARRERA, ERNESTO | Fringe Hours | | | | | | | | | | | | | |
| | | Dues Hours | | | | | | | | | | | | 273.50 | 273.50 |
| | | Dues Wages | | | | | | | | | | | | 12,051.52 | 12,051.52 |
| | GARCIA, RICARDO | Fringe Hours | | | | | | | | | | | | | |
| | | Dues Hours | | | | | | | | | | | | 121.00 | 121.00 |
| | | Dues Wages | | | | | | | | | | | | 4,696.95 | 4,696.95 |
| | | Total Fringe Hours | | 40.00 | | 17.00 | | | | 7.50 | | | | 10.00 | 74.50 |
| | | Total Dues Hours | | 40.00 | 9.00 | 17.00 | | 46.00 | | 7.50 | | | | 980.75 | 1,100.25 |
| | | Total Wages | | 1,448.00 | 364.33 | 633.50 | | 1,861.20 | | 271.50 | | | | 40,101.95 | 44,680.48 |

**TOTALS BY MONTH INCLUDE 2 SHEETS**

| | | Rate | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Welfare | $12.78 | | 511.20 | | 217.26 | | | | 95.85 | | | | 127.80 | 952.11 |
| | Pension | $9.02 | | 360.80 | | 153.34 | | | | 67.65 | | | | 90.20 | 671.99 |
| | Training | $0.50 | | 20.00 | | 8.50 | | | | 3.75 | | | | 5.00 | 37.25 |
| | LECET | $0.07 | | 2.80 | 0.63 | 1.19 | | 3.22 | | 0.53 | | | | 68.65 | 77.02 |
| | LDCLMCC | $0.12 | | 4.80 | 1.08 | 2.04 | | 5.52 | | 0.90 | | | | 117.69 | 132.03 |
| | MWCC/CAWC | $0.03 | | 1.20 | 0.27 | 0.51 | | 1.38 | | 0.23 | | | | 29.42 | 33.01 |
| | Working Dues | 3.25% | | 47.05 | 11.84 | 20.59 | | 60.49 | | 8.82 | | | | 1,303.31 | 1,452.11 |
| | TOTALS BY MONTH INCLUDE 2 SHEETS | | | 947.86 | 13.82 | 403.43 | | 70.61 | | 177.73 | | | | 2,650.37 | 4,263.82 |

# Laborers' District Council
## Schedule of Deficiencies

Employer Name: Midwest Rem Enterprises
Employer Number: 323208
Agreement Type: *MWCC

Audit Period: April 1, 2010 to March 31, 2014
Date of Audit: June 15, 2014
Field Auditor: Alan Droba

| SSN | Name | | 2012 Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2013 Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LECHUGA, RAMIRO | Fringe Hours | | | | | | | | | | | | | |
| | | Dues Hours | | | | | | | | | | | | 152.50 | 152.50 |
| | | Dues Wages | | | | | | | | | | | | 152.50 | 152.50 |
| | PALMER, FERNANDO | Fringe Hours | | | | | | | | | | | | 6,072.55 | 6,072.55 |
| | | Dues Hours | | | | | | | | | | | | 6,072.55 | 6,072.55 |
| | | Dues Wages | | | | | | | | | | | | 4.00 | 4.00 |
| | RAMIREZ, AMANDA | Fringe Hours | | | | | | | | | | | | 4.00 | 4.00 |
| | | Dues Hours | | | | | | | | | | | | 144.80 | 144.80 |
| | | Dues Wages | | | | | | | | | | | | 144.80 | 144.80 |
| | REYES, ALEJANDRO | Fringe Hours | | | | | | | | | | | | 102.75 | 102.75 |
| | | Dues Hours | | | | | | | | | | | | 102.75 | 102.75 |
| | | Dues Wages | | | | | | | | | | | | 3,828.15 | 3,828.15 |
| | RIVERA, ALCIDES | Fringe Hours | | | | | | | | | | | | 96.25 | 96.25 |
| | | Dues Hours | | | | | | | | | | | | 96.25 | 96.25 |
| | | Dues Wages | | | | | | | | | | | | 3,651.68 | 3,651.68 |
| | RIVERA, VICTOR | Fringe Hours | | | | | | | | | | | | 28.50 | 28.50 |
| | | Dues Hours | | | | | | | | | | | | 28.50 | 28.50 |
| | | Dues Wages | | | | | | | | | | | | 1,040.75 | 1,040.75 |
| | SOLIS, JAVIER | Fringe Hours | | | | | | | | | | | | 69.25 | 69.25 |
| | | Dues Hours | | | | | | | | | | | | 69.25 | 69.25 |
| | | Dues Wages | | | | | | | | | | | | 2,656.18 | 2,656.18 |
| | TORRES, MANUEL | Fringe Hours | | | | | | | | | | | | 66.25 | 66.25 |
| | | Dues Hours | | | | | | | | | | | | 66.25 | 66.25 |
| | | Dues Wages | | | | | | | | | | | | 2,547.58 | 2,547.58 |
| | | Fringe Hours | | | | | | | | | | | | 101.00 | 101.00 |
| | | Dues Hours | | | | | | | | | | | | 101.00 | 101.00 |
| | | Dues Wages | | | | | | | | | | | | 3,805.53 | 3,805.53 |
| | | Total Fringe Hours | | | | | | | | | | | | | |
| | | Total Dues Hours | | | | | | | | | | | | 620.50 | 620.50 |
| | | Total Dues Wages | | | | | | | | | | | | 23,747.22 | 23,747.22 |

| | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare | $12.78 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pension | $9.02 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Training | $0.50 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LECET | $0.07 | - | - | - | - | - | - | - | - | - | - | - | 43.44 | 43.44 |
| LDCLMCC | $0.12 | - | - | - | - | - | - | - | - | - | - | - | 74.46 | 74.46 |
| MWCC/CAWC | $0.03 | - | - | - | - | - | - | - | - | - | - | - | 18.62 | 18.62 |
| Working Dues | 3.25% | - | 947.86 | 13.82 | 403.43 | - | 70.61 | - | 177.73 | - | - | - | 771.78 | 771.78 |
| **TOTALS BY MONTH INCLUDE 2 SHEETS** | | - | - | - | - | - | - | - | - | - | - | - | 620.50 / 23,747.22 | 620.50 / 23,747.22 |
| | | | | | | | | | | | | | 2,650.37 | 4,263.82 |

# Laborers' District Council
## Schedule of Deficiencies

Employer Name: Midwest Rem Enterprises
Employer Number: 32808
Agreement Type: *MWCC

Audit Period: April 1, 2013 to March 31, 2014
Date of Audit: June 26, 2014
Field Auditor: Alan Droba

| SSN / Name | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAEZA, ANTONIO | Fringe Hours | | 5.00 | | | | | | | | | | | 5.00 |
| | Dues Hours | | 5.00 | | | | | | | | | | | 97.00 |
| | Dues Wages | | 185.00 | | | | | | | | | | | 4,107.00 |
| GARCIA, RICARDO | Fringe Hours | | | | | 189.00 | | 75.50 | | | 115.50 | | | 380.00 |
| | Dues Hours | | | | | | | | | | | | | 320.00 |
| | Dues Wages | | | | | 7,492.50 | | 3,006.25 | | | 5,698.00 | | | 16,196.75 |
| PEEL, KYLE | Fringe Hours | | | | | 40.00 | 160.00 | 120.00 | | | | | | 320.00 |
| | Dues Hours | | | | | 80.00 | 200.00 | 160.00 | | | | | | 440.00 |
| | Dues Wages | | | | | 2,692.30 | 6,730.75 | 5,383.60 | 2,346.15 | | | | | 16,153.80 |
| SPADOJEVIC, BOGDAN | Fringe Hours | | | | | | 106.50 | | | | 44.50 | | | 223.50 |
| | Dues Hours | | | | | | | | | | | | | 44.50 |
| | Dues Wages | | | | | | | | | | 1,126.65 | | | 5,311.35 |
| ALVARADO, ABEL | Fringe Hours | | | | | 185.00 | 185.00 | 81.50 | 39.00 | 105.50 | 154.50 | | | 565.50 |
| | Dues Hours | | | | | | | | | | | | | |
| | Dues Wages | | | | | 7,307.50 | | 3,191.25 | 1,572.50 | 4,390.25 | 7,344.50 | | | 23,505.00 |
| BAKER, WILLIAM | Fringe Hours | | | | | 110.00 | | 99.00 | | | 65.00 | | | 274.00 |
| | Dues Hours | | | | | | | | | | | | | |
| | Dues Wages | | | | | 4,181.00 | | 4,014.50 | | | 2,719.50 | | | 10,915.00 |
| CARRERA, ERNESTO | Fringe Hours | | | | | 214.50 | 143.50 | | 67.50 | 138.00 | 213.00 | | | 776.50 |
| | Dues Hours | | | | | | | | | | | | | |
| | Dues Wages | | | | | 9,268.77 | 6,078.05 | 2,857.74 | 5,948.50 | 10,631.53 | | | | 34,794.59 |
| CONNORS, TIMOTHY | Fringe Hours | | | | | | | 103.00 | | | | | | 103.00 |
| | Dues Hours | | | | | | | | | | | | | |
| | Dues Wages | | | | | | | 4,322.38 | | | | | | 4,322.38 |
| FRANCO, ALEJANDRO | Fringe Hours | | | | | | 208.00 | 123.00 | | | | | | 331.00 |
| | Dues Hours | | | | | | | | | | | | | |
| | Dues Wages | | | | | | 8,251.00 | 4,865.50 | | | | | | 13,116.50 |
| LECHUGA, RAMIRO | Fringe Hours | | | | | | | | | | | | | |
| | Dues Hours | | | | | | 209.00 | 131.50 | 49.50 | 118.00 | 187.00 | | | 695.00 |
| | Dues Wages | | | | | | | | | | | | | 28,813.75 |

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Fringe Hours | | 5.00 | | | 40.00 | 160.00 | 120.00 | | | | | | 325.00 |
| Total Dues Hours | | 5.00 | | | 80.00 | 1,514.00 | 989.50 | 156.00 | 361.50 | 779.50 | | | 3,885.50 |
| Total Wages | | 185.00 | | | 2,692.50 | 57,940.87 | 37,755.63 | 7,793.64 | 14,800.75 | 36,168.93 | | | 157,337.12 |

| | rate | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare | $13.38 | | 66.90 | | | 535.20 | 2,140.80 | 1,605.80 | | | | | | 4,348.50 |
| Pension | $9.52 | | 47.60 | | | 380.80 | 1,523.20 | 1,142.40 | | | | | | 3,094.00 |
| Training | $0.50 | | 2.50 | | | 20.00 | 80.00 | 60.00 | | | | | | 162.50 |
| LECET | $0.07 | | 0.35 | | | 5.60 | 105.98 | 69.27 | 10.92 | 25.31 | 54.57 | | | 272.00 |
| LDCLMCC | $0.12 | | 0.60 | | | 9.60 | 181.68 | 118.74 | 18.72 | 43.38 | 93.54 | | | 466.26 |
| MWCC/CAWC | $0.03 | | 0.15 | | | 2.40 | 45.42 | 29.69 | 4.68 | 10.85 | 23.39 | | | 116.58 |
| Working Dues | 3.25% | | 6.01 | | | 87.50 | 1,883.08 | 1,227.06 | 253.29 | 481.02 | 1,175.49 | | | 5,113.45 |
| TOTALS BY MONTH INCLUDE 2 SHEETS | | | 124.11 | | | 1,041.10 | 6,775.80 | 4,727.46 | 491.71 | 1,015.43 | 1,472.77 | | | 15,648.38 |

## Laborers' District Council
### Schedule of Deficiencies

Employer Name: Midwest Rcm Enterprises
Employer Number: 32808
Agreement Type: "MWCC

Audit Period: April 1, 2010 to March 31, 2014
Date of Audit: June 26, 2014
Field Auditor: Alan Drobs

| SSN | Name | | | 2013 Jan | Jul | Aug | Sep | Oct | Nov | Dec | 2014 Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PALMER, FERNANDO | Fringe Hours | | - | - | - | - | - | 218.00 | 148.00 | - | - | - | - | - | 191.50 |
| | | Dues Hours | | | | | | | | | | | | | | |
| | | Dues Wages | | | | | | | | | 2,534.50 | 2,254.50 | | | | 7,631.25 |
| | RAMIREZ, ALBERTO | Fringe Hours | | | | | | | | | | 5,096.75 | | | | |
| | | Dues Hours | | | | | | | 218.00 | 148.00 | 67.00 | | | | | 433.50 |
| | | Dues Wages | | | | | | | 9,176.00 | 5,994.00 | 17,921.00 | 3,789.00 | | | | 18,130.00 |
| | RAMIREZ, AMANDA | Fringe Hours | | | | | | | 268.50 | 120.50 | 39.50 | 130.00 | | | | 558.50 |
| | | Dues Hours | | | | | | | 11,359.00 | 4,753.75 | 3,600.25 | 5,143.00 | | | | 22,866.00 |
| | | Dues Wages | | | | | | | | | | | | | | |
| | RIVERA, VICTOR | Fringe Hours | | | | | | | 27,750 | 84.50 | | 56.50 | | | | 128.50 |
| | | Dues Hours | | | | | | | 2,082.25 | 3,729.75 | | 3,487.25 | | | | 6,299.25 |
| | | Dues Wages | | | | | | | | | | | | | | |
| Total Fringe Hours | | | | - | - | - | - | - | 514.00 | 313.00 | 136.50 | 298.00 | 56.50 | - | - | 1,318.00 |
| Total Dues Hours | | | | - | - | - | - | - | 21,617.25 | 12,487.50 | 5,355.75 | 11,978.75 | 3,487.25 | - | - | 54,926.50 |
| Total Wages | | | | | | | | | | | | | | | | |

| | rate | Jan | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Welfare | $13.38 | - | - | - | - | - | - | - | - | - | - | - | - | 1,318.00 |
| Pension | $9.52 | - | - | - | - | - | - | - | - | - | - | - | - | |
| Training | $0.50 | - | - | - | - | - | 35.98 | 21.91 | 9.56 | 20.86 | 3.96 | - | - | 92.27 |
| LECET | $0.07 | - | - | - | - | - | 61.68 | 37.56 | 16.38 | 35.76 | 6.78 | - | - | 158.16 |
| LDC/LMCC | $0.12 | - | - | - | - | - | 15.42 | 9.39 | 4.10 | 8.94 | 1.70 | - | - | 39.55 |
| MWCC/CAWC | $0.03 | - | - | - | - | - | 702.56 | 405.34 | 174.06 | 389.31 | 113.34 | - | - | 1,785.11 |
| Working Dues | 3.25% | - | 124.11 | - | - | 1,041.10 | 6,775.80 | 4,727.46 | 491.71 | 1,015.43 | 1,472.77 | - | - | 15,648.38 |

TOTALS BY MONTH INCLUDE 2 SHEETS

**LEGACY PROFESSIONALS, LLP**
**COMPLIANCE AUDIT INFORMATION SHEET**

| | | | |
|---|---|---|---|
| EMPLOYER NAME | Midwest Rem Enterprises | EMPLOYER # | 32808 |
| ADDRESS | 2601 LeMoyne | PHONE # | (708) 345-8099 |
| CITY/STATE/ZIP | Melrose Park, IL 60160 | FEIN # | |
| DATE OF CONTACT | May 15, 2014 | AUDIT PERIOD | April 1, 2010 to March 31, 2014 |
| CONTACT'S NAME | Oscar Baeza | TITLE | CFO |
| PERSON FUND IS TO CONTACT | SAME AS ABOVE | TITLE | SAME AS ABOVE |
| ENTITY TYPE | CORPORATION | | |
| MAIN BUSINESS ACTIVITY | Construction - Hauling | | |

AVERAGE NUMBER OF EMPLOYEES: 60

AVERAGE NUMBER OF CHICAGO LABORERS: 24

| OWNERSHIP-PRINCIPALS | TITLE | % | ADDRESS |
|---|---|---|---|
| Alberto Ramirez | President | 51 | 26W214 Pinehurst , Winfield, IL 60190 |
| Barbara Lorenzo Ramirez | Vice-President | 49 | 26W214 Pinehurst , Winfield, IL 60190 |

BANKING FACILITIES USED AND ACCOUNT NUMBER: Standard Bank: 4424670000

DOES EMPLOYER HAVE INTEREST IN OTHER OPERATIONS ? ☐ YES ☑ NO

IF YES, LIST NAME OF SAME

IS EMPLOYER A MEMBER OF ANY TRADE ORGANIZATION/ASSOCIATION? ☐ YES ☑ NO

IF YES, LIST NAME OF SAME

11

AUDIT DATE                    June 26, 2014

AUDIT SITE (IF DIFFERENT FROM EMPLOYER'S ADDRESS):          Same as above

ALL REQUIRED ACCOUNTING RECORDS WERE AVAILABLE WITH THE EXCEPTION OF:

N/A

BRIEFLY DESCRIBE THE NATURE OF THE DELINQUENCY, IF ANY:

The employer had some clerical errors resulting in various transpositions, over reports, and underreports.

The employer failed to contribute to the Dues in various months.

DID YOUR EXAMINATION UNCOVER ANYTHING SPECIAL OR UNUSUAL WHICH SHOULD BE BROUGHT TO

THE ATTENTION OF THE FUND COUNSEL OR OTHER INTERESTED PERSONS?

[✓] YES          [ ] NO

IF YES, EXPLAIN:          In comparing the payroll to how the hours were reported and the lack of timecards

there is a possibility that the employer is banking hours.

AUDITOR:          Alan Droba

**Legacy Professionals LLP**
**Payroll Audit Information Sheet**

I, _____Alberto Ramirez_____, declare and state as follows:

I am an Officer and/or Shareholder of _Midwest REM Enterprises_

(hereinafter, the "Company") and I am duly authorized to make the representations and enter into the agreements set forth herein on behalf of the Company.

Company Name: _Midwest REM_

Entity Type: _S Corp_

Business Activity : _heavy construction_

Ownership-Principals    Title    %

_Alberto Ramirez   President   51%_

_Barbara Ramirez   VP      49%_

Banking Facilities Used and Account Number: _____

_Standard Bank_

Do any of the Company's Owners shareholders or officers have a shareholder or officer position in another company or entity? Yes_____ No__✓___

If Yes, List Names of Other companies or entities: _____

Has the Company employed any subcontractors owned or operated by any Officer, Shareholder, or family members of the Company's Officers and/or Shareholders? Yes_____ No__✓___

If Yes, List Names of the subcontractors and the related Owners/Operators:

_____

_____

Has the Company subcontracted work covered by the Laborers' collective bargaining agreement to any subcontractors that are not signatory with the Chicago Laborers' Union?

Yes_____No_____✓_____

If Yes, List Names of the subcontractors:

_____

_____

_____

_____

I, the undersigned, certify under penalty of perjury that the foregoing is true and correct.

_____Alberto Ramirez_____, as Officer and/or Shareholder of

_____Midwest REM_____

Dated:___1/22/15_____

9/23/16

**LABORERS' PENSION & WELFARE FUNDS**

REVISED
AUDIT

EMPLOYER: MIDWEST NEW ENTERPRISES    CODE: 32808

FOLLOWING ARE THE FIGURES OWED BY THE ABOVE MENTIONED CONTRACTOR AS A RESULT OF THE AUDIT.

| | HOURS | WELFARE | RATE | RETIREE WELFARE | RATE | PENSION | RATE | TRAINING FUND | RATE | DUES | LDC/LMCC | RATE | CAWC/ MWCC | RATE | LECET | RATE | CISCO | RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **4-1-10-3-31-14 ADDITIONAL HOURS** | | | | | | | | | | | | | | | | | | | |
| 6-1-11-5-31-12 | 805.50 | 9,810.99 | 12.18 | | | 7,104.51 | 8.82 | 362.48 | 0.45 | 448.14 | 47.46 | 0.12 | 11.87 | 0.03 | 27.69 | 0.07 | | | 17,812.14 |
| 6-1-11-5-31-12 | 912.00 | 11,108.16 | 12.18 | | | 8,043.84 | 8.82 | 410.40 | 0.45 | 170.88 | 18.18 | 0.12 | 4.55 | 0.03 | 10.61 | 0.07 | | | 19,766.62 |
| 6-1-11-5-31-12 | 40.00 | 487.20 | 12.18 | | | 352.80 | 8.82 | 18.00 | 0.45 | | | | | | | | | | 858.00 |
| 6-1-12-5-31-13 | 74.50 | 952.11 | 12.78 | | | 671.99 | 9.02 | 37.25 | 0.50 | 1,452.11 | 132.03 | 0.12 | 33.01 | 0.03 | 77.02 | 0.07 | | | 3,335.52 |
| 6-1-12-5-31-13 | 620.50 | | | | | | | | | 771.78 | 74.45 | 0.12 | 18.62 | 0.03 | 43.44 | 0.07 | | | 908.30 |
| 6-1-13-3-31-14 | 325.00 | 4,348.50 | 13.38 | | | 3,094.00 | 9.52 | 162.50 | 0.50 | 5,113.45 | 466.26 | 0.12 | 116.58 | 0.03 | 272.00 | 0.07 | | | 13,573.29 |
| 6-1-13-3-31-14 | | | | | | | | | | | | | | | | | | | |
| **MEN NOT REPORTED** | 1,318.00 | | | | | | | | | 1,785.11 | 158.16 | 0.12 | 39.54 | 0.03 | 92.26 | 0.07 | | | 2,075.07 |
| **SUBTOTAL** | 4,095.50 | 26,706.96 | | | | 19,267.14 | | 990.63 | | 9,741.07 | 896.55 | | 224.17 | | 523.02 | | | | 58,349.94 |
| 10% PENALTIES | | 5,341.39 | | | | 3,853.43 | | 198.13 | | 974.15 | 89.66 | | 22.42 | | 52.30 | | | | 1,138.53 |
| 20% PENALTIES | | | | | | | | | | | | | | | | | | | 9,392.95 |
| AUDIT COSTS | | 1,479.68 | | 739.84 | | 1,479.68 | | | | | | | | | | | | | 3,699.20 |
| ATTORNEY FEES | | | | | | | | | | | | | | | | | | | |
| ACCUM PENALTIES | | 12,583.32 | | 466.45 | | 9,323.75 | | 376.06 | | 6,200.44 | 149.31 | | 37.34 | | 87.11 | | | | 28,573.96 |
| ACCUM INTEREST | | 10,155.24 | | | | 7,341.25 | | | | | | | | | | | | | 18,146.31 |
| **TOTAL DUE** | | 56,266.59 | | 1,206.29 | | 41,265.25 | | 1,564.82 | | 16,916.06 | 1,135.52 | | 283.93 | | 662.43 | | | | 119,300.89 |

**EXHIBIT**
**C**

tabbies